**FORM 5**

# UNITED STATES COURT OF INTERNATIONAL TRADE
## INFORMATION STATEMENT

*(Place an "X" in applicable [ ])*

| | |
|---|---|
| **PLAINTIFF:** Taylor Made Golf Company, Inc.<br><br>_____<br><br>**ATTORNEY** *(Name, Address, Telephone No.):*<br>**Joseph M. Spraragen**<br>**Grunfeld, Desiderio, Lebowitz,**<br>**Silverman & Klestadt LLP**<br>**599 Lexington Avenue**<br>**New York, NY 10022**<br>**212-557-4000** | |

### J U R I S D I C T I O N

**28 U.S.C. § 1581(a) - Tariff Act of 1930, Section 515 - 19 U.S.C. § 1515**

| | | |
|---|---|---|
| [ ] Appraisal | [ ] Classification | [ ] Charges or Exactions |
| [ ] Exclusion | [ ] Liquidation | [ ] Drawback |
| [ ] Refusal to Reliquidate | [ ] Rate of Duty | [ ] Redelivery |

**28 U.S.C. § 1581(b) - Tariff Act of 1930, Section 516 - 19 U.S.C. § 1516**

| | | |
|---|---|---|
| [ ] Appraisal | [ ] Classification | [ ] Rate of Duty |

**28 U.S.C. § 1581(c) - Tariff Act of 1930, Section 516A(a) (1), (a) (2) or (a) (3) - 19 U.S.C. § 1516a**
*(Provide a brief description of the administrative determination you are contesting, including the relevant **Federal Register** citation(s) and the product(s) involved in the determination. For Section 516A(a) (1) or (a) (2), cite the specific subparagraph and clause of the section.)*

Subparagraph and Clause _____   Agency _____

***Federal Register*** Cite(s) _____

Product(s) _____

**28 U.S.C. § 1581(d) - Trade Act of 1974 - 19 U.S.C. §§ 2273, 2341, 2371**

   [ ] U.S. Secretary of Labor          [ ] U.S. Secretary of Commerce

**28 U.S.C. § 1581(e) - Trade Agreements Act of 1979, Section 305(b) (1) - 19 U.S.C. § 2515**
*(Provide a brief statement of the final determination to be reviewed.)*

**28 U.S.C. § 1581(f) - Tariff Act of 1930, Section 777(c) (2) - 19 U.S.C. § 1677f(c) (2)**

Agency:   [ ] U.S. International Trade Commission       [ ] Administering Authority

**28 U.S.C. § 1581(g) - Tariff Act of 1930, Section 641 - 19 U.S.C. § 1641 - or Section 499 - 19 U.S.C. § 1499**

| | | | |
|---|---|---|---|
| [ ] Sec. 641(b) (2) | [ ] Sec. 641(b) (3) | [ ] Sec. 641(c) (1) | [ ] Sec. 641(b) (5) |
| [ ] Sec. 641(c) (2) | [ ] Sec. 641(d) (2) (B) | [ ] Sec. 499(b) | |

(Continued on reverse side)

| **J U R I S D I C T I O N** |
| --- |
| (Continued) |
| **28 U.S.C. § 1581(h) - Ruling relating to:** |
| [ ] Classification[      [ ] Valuation      [ ] Restricted Merchandise |
| [ ] Rate of Duty        [ ] Marking        [ ] Entry Requirements |
| [ ] Drawbacks           [ ] Vessel Repairs  [ ] Other: _____ |
| _____ |
| **28 U.S.C. § 1581(i)** - *(Cite any applicable statute and provide a brief statement describing jurisdictional basis.)* |
| The Court has jurisdiction pursuant to 28 U.S.C. § 1581(i)(1)(B) because this action contests duties "on the importation of merchandise for reasons other than the raising of revenue." |
| **28 U.S.C. § 1582 - Actions Commenced by the United States** |
| [ ] (1)  Recover civil penalty under Tariff Act of 1930: |
|     [ ] Sec. 592         [ ] Sec. 593A         [ ] Sec. 641(b) (6) |
|     [ ] Sec 641(d) (2) (A)  [ ] Sec. 704(i) (2)  [ ] Sec. 734(i) (2) |
| [ ] (2)  Recover upon a bond |
| [ ] (3)  Recover customs duties |

| **R E L A T E D   C A S E ( S )** | | | |
| --- | --- | --- | --- |
| To your knowledge, does this action involve a common question of law or fact with any other action(s) previously decided or now pending? | | | |
|  | PLAINTIFF | COURT NUMBER | JUDGE |
| [ ] Decided: |  |  |  |
| [x] Pending: | HMTX Industries LLC, et al. | 20-00177 | 3JP |

(Attach additional sheets, if necessary)

(As amended, eff. Jan. 1, 1985; Jan. 25, 2000, eff. May 1, 2000.)

10752648_1