FORM 13

**UNITED STATES COURT OF INTERNATIONAL TRADE**
One Federal Plaza
New York, New York 10278

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

This notification is submitted by <u>GRUNFELD, DESIDERIO, LEBOWITZ, SILVERMAN & KLESTADT LLP</u>
(Name of attorney of record)

on behalf of <u>TAYLOR MADE GOLF COMPANY, INC.</u> in the matter of <u>TAYLOR MADE GOLF COMPANY, INC.</u> v. <u>United States</u>, Court No. 21-00155

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.

   <u>Not applicable.</u>

2. Indicate whether the party on whose behalf this Form is being filed is [**X**] or is not [ ] the real party in interest. If not, identify below the real party in interest.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)

   <u>    Not Applicable.</u>

/s/   Joseph M. Spraragen                              4/5/2021
   (Signature of Attorney)                                 (Date)

**SEE REVERSE SIDE**

(Added Nov. 4, 1981, eff. Jan 1, 1982; as amended Dec. 18, 2001, eff. Apr. 1, 2002)

10752620_1